**Order entered August 15, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01436-CV

### IN RE PATRICK DAUGHERTY, Relator

**Original Proceeding from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 17-10477**

## ORDER

Before Justices Bridges, Fillmore, and Schenck

Based on the Court's opinion of this date, we **CONDITIONALLY GRANT** relator's petition for writ of mandamus. We **ORDER** the trial court to vacate his December 13, 2017 order granting Highland Capital Management, L.P.'s motion to compel and denying Patrick Daugherty's motion to quash. We further **ORDER** the trial judge to file with this Court, **within fifteen (15) days of the date of this order**, a certified copy of his order issued in compliance with this order. Should the trial court fail to comply with the order, the writ will issue. We **LIFT** the stay issued by this Court on December 5, 2017.

/s/     DAVID J. SCHENCK
         JUSTICE